UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDALL COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No. 18-cv-04106-SI<br><br>**ORDER FOR AMENDED COMPLAINT** |

On December 14, 2018, the court dismissed the complaint with leave to amend. The order of dismissal with leave to amend was returned to the court as undeliverable, apparently because plaintiff was no longer at the address he had provided to the court. *See* Docket No. 9. Plaintiff recently filed a notice of change of address stating that he is now housed at the Napa County Jail.

In order to move this case toward resolution, the clerk will mail to plaintiff a copy of his original complaint (Docket No. 5), the order of dismissal with leave to amend (Docket No. 6), and the court's form civil rights complaint for plaintiff to use in preparing an amended complaint. Plaintiff must file an amended complaint no later than **April 19, 2019,** that corrects the deficiencies discussed in the order of dismissal with leave to amend. This action will be dismissed if plaintiff fails to file an amended complaint by the deadline.

**IT IS SO ORDERED**.

Dated: March 22, 2019

SUSAN ILLSTON
United States District Judge