UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDALL COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No. 18-cv-04106-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT** |

On December 14, 2018, the court dismissed the complaint with leave to amend. The order of dismissal with leave to amend was returned to the court as undeliverable, apparently because plaintiff was no longer at the address he had provided to the court. *See* Docket No. 9. Plaintiff thereafter filed a notice of change of address stating that he is now housed at the Napa County Jail. To be certain that the necessary documents reached plaintiff, the court directed the clerk to mail to plaintiff a copy of his original complaint (Docket No. 5), the order of dismissal with leave to amend (Docket No. 6), and the court's form civil rights complaint for plaintiff to use in preparing an amended complaint. *See* Docket No. 11. Plaintiff was ordered to file an amended complaint no later than April 19, 2019. *Id.* Thereafter, plaintiff filed another document stating he had not received any responses to his recent submittals. Docket No. 12. The earlier mail the court sent to plaintiff (*see* Docket No. 11) did not come back undelivered, however. Another copy of the materials will be sent to plaintiff and the deadline for him to file an amended complaint will be extended for a final time.

1. The clerk shall send to plaintiff at the Napa County Jail a copy of his original complaint (Docket No. 5), the order of dismissal with leave to amend (Docket No. 6), and the court's form civil rights complaint for plaintiff to use in preparing an amended complaint . Plaintiff must file an amended complaint no later than **July 12, 2019,** that corrects the deficiencies discussed in the order of dismissal with leave to amend. This deadline will not be further extended, and the action will be dismissed if plaintiff fails to file an amended complaint by the deadline.

**IT IS SO ORDERED**.

Dated: June 7, 2019

SUSAN ILLSTON
United States District Judge