UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDALL COLEMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No. 18-cv-04106-SI<br><br>**ORDER OF DISMISSAL** |

On December 14, 2018, the court determined that the *pro se* prisoner's civil rights complaint in this action failed to state a claim upon which relief may be granted. Docket No. 6. The court granted plaintiff leave to file an amended complaint no later than January 18, 2019, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 3. The court later extended the deadline for plaintiff to file an amended complaint to April 19, 2019, and then to July 12, 2019. Docket Nos. 11, 13. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 20, 2019

SUSAN ILLSTON
United States District Judge