# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WENDALL COLEMAN,

    Plaintiff,

v.

NAPA COUNTY DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 18-cv-04106-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 20, 2019

SUSAN ILLSTON
United States District Judge